**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7558**

———————

BERNARD RAY RICHARDSON,

Plaintiff - Appellant,

versus

MARILYN L. HILL; RICHARD A. YOUNG; DAVID
ROBINSON; COMMONWEALTH OF VIRGINIA,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-92-1799-AM)

———————

Submitted: July 24, 1997        Decided: August 21, 1997

———————

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Bernard Ray Richardson, Appellant Pro Se. Susan Campbell Alexander, Assistant Attorney General, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Richardson v. Hill</u>, No. CA-92-1799-AM (E.D. Va. Nov. 3, 1995, Dec. 19, 1995). We deny Appellant's motions for discovery, for default judgment, and to suppress an affidavit filed in the district court. Further, we deny as moot his motions requesting that this court act on his discovery motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>